1    XAVIER BECERRA
Attorney General of California
2    MARISA KIRSCHENBAUER
Supervising Deputy Attorney General
3    DANIEL DUAN
Deputy Attorney General
4    State Bar No. 294009
     455 Golden Gate Avenue, Suite 11000
5      San Francisco, CA 94102-7004
     Telephone: (415) 510-3851
6      Fax: (415) 703-5843
     E-mail: Daniel.Duan@doj.ca.gov
7    *Attorneys for Defendant*
*T. Foss*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IVAN DECTOR ABAD,**<br><br>                           Plaintiff,<br><br>     v.<br><br>**T. FOSS, ET AL.,**<br><br>                           Defendant. | 3:19-cv-01682-CRB (PR)<br><br>**STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** : ORDER<br><br>Judge:       The Honorable Charles R. Breyer<br>Trial Date:   Not Set<br>Action Filed: April 1, 2019 |

     Plaintiff Ivan Dector Abad and Defendant Foss have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

     Each party shall bear its own litigation costs and attorney's fees.

//

//

//

//

//

1

Stip. to Vol. Dismiss. With Prej. (3:19-cv-01682-CRB (PR))

It is so stipulated.

Dated: 2-27-20         _____
                       Ivan Dector Abad
                       *Plaintiff*


Dated: 2/27/2020       _____
                       Daniel Duan, Deputy Attorney General
                       California Attorney General's Office
                       *Attorney for Defendant*

SF2019202241
21812771.docx

2

Stip. to Vol. Dismiss. With Prej. (3:19-cv-01682-CRB (PR))

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED:

Plaintiff's complaint is dismissed in its entirety with prejudice. Each side shall bear its own attorneys' fees and costs.

Dated: March 2, 2020

_____
The Honorable Charles R. Breyer
United States District Court Judge

3

Stip. to Vol. Dismiss. With Prej. (3:19-cv-01682-CRB (PR))

# CERTIFICATE OF SERVICE

Case Name:  *Abad v. Foss, et al.*               No.   3:19-cv-01682-CRB (PR)

I hereby certify that on February 28, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO VOLUNTARY DISMISSAL WITH PREJUDICE**
**(Fed. R.Civ. P. 41(a)(1)(A)(ii))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On February 28, 2020, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Ivan Dector Abad (AK9289)**
**Salinas Valley State Prison**
**P.O. Box 1050**
**Soledad, CA  93960-1050**
*In Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 28, 2020, at San Francisco, California.

|  |  |
|---|---|
| R. Lagumen | */s/ R. Lagumen* |
| Declarant | Signature |

SF2019202241
21836480.docx